UTICA,
August, 1823.

EX PARTE,
COMM'RS OF
DANUBE.

*Ex parte*, THE COMMISSIONERS OF HIGHWAYS of the town of DANUBE.

The power of the judges of the common pleas, under the *act to regulate highways*, (sess. 36, *ch.* 33, *s.* 36,) is strictly appellate ; and they cannot lay out a road differing from the one submitted to the commissioners.

ON motion for a certiorari to be directed to three of the Judges of the Court of Common Pleas of the county of *Herkimer*, it appeared that a petition, with the sworn certificate of twelve freeholders, pursuant to the 16th section of *the act to regulate highways*,(a) had been presented to the relators, praying them to lay out a certain road, from a certain point to another certain point, in the town of *Danube*, and so from one object to another, in general terms, without mentioning any certain courses and distances. The relators rejected the petition, and Mr. *Brown*, one of the inhabitants of that town, appealed from that decision to three of the Judges, &c. of the county, pursuant to the 36th section of the act.(b) The Judges reversed the decision of the commissioners,(c) and ordered a road to be laid out by certain courses and distances, ascertained on survey ; but which were, in many respects, materially variant from the line of the road as passed upon by the commissioners.

*Curia.* The power of the Judges under this act is strictly appellate. They are confined to a reversal or affirmance of what is done by the commissioners, and consequently cannot lay out a road differing from the one submitted to them.

Certiorari granted.

(a) 2 R. L. 275. Ante, 26, gives the form of this certificate.
(b) 2 R. L. 36. Ante, 24, gives the form of this appeal.
(c) Ante, 27, gives the form of this reversal.